UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CHARLES THOMAS CLAGETT III,<br><br>        Petitioner,<br><br>   v.<br><br>UNITED STATES OF AMERICA,<br><br>        Respondent. | CASE NO.   C00-1816-RSM<br>                (CR97-265-RSM)<br><br>ORDER TRANSFERRING<br>PETITIONER'S MOTION<br>TO NINTH CIRCUIT |

The Court, having reviewed petitioner's motion to reopen his § 2255 motion, the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, any objections thereto, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation.

(2) This case is hereby TRANSFERRED to the Ninth Circuit Court of Appeals, pursuant to 28 U.S.C. § 1631 and Circuit Rule 22-3(a). Petitioner is advised that this transfer alone does not constitute compliance with 28 U.S.C. § 2244(b)(3) and Circuit Rule 22-3; he must still file a motion for leave to proceed in the Court of Appeals and make the showing required by § 2244(b). Petitioner is referred to this statute and Circuit Rule 22-3 for further information.

ORDER TRANSFERRING MOTION TO NINTH CIRCUIT
PAGE 1

(3)     The Clerk is directed to close this case and transfer all original documents to the Ninth Circuit Court of Appeals. The Clerk shall, however, retain a copy of the motion and of this Order in the file. The Clerk is directed to send a copy of this Order to petitioner and to Judge Theiler.

DATED this _7__ day of September 2005.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER TRANSFERRING MOTION TO NINTH CIRCUIT
PAGE 2